# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LIBERTY OF OKLAHOMA CORPORATION,<br><br>Plaintiff,<br><br>-vs-<br><br>APERA TOBIASON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-24-86-F<br>)<br>)<br>)<br>) |

## **JUDGMENT**

In accordance with the order entered this same day, plaintiff, Liberty of Oklahoma Corporation's complaint and action against defendant Apera Tobiason is dismissed without prejudice.

DATED this 22nd day of July, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0086p003.docx